**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-4665**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

SEALED DEFENDANT,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge.  (1:04-mj-00063)

---

Submitted: November 21, 2006      Decided:  November 29, 2006

---

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sealed Defendant, Appellant Pro Se.  Jill Westmoreland Rose, Amy Elizabeth Ray, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The Sealed Defendant appeals the district court's order denying his motion for suppression of a search warrant and for the return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Sealed Defendant, No. 1:04-mj-00063 (W.D.N.C. June 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED